JOHN DOBSON et al., Respondents, *v.* LUCIUS D. WARNER,
Appellant.

(Argued June 24, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order

made June 4, 1890, which affirmed a judgment in favor of the plaintiffs entered upon the report of a referee.

*C. R. Lockwood* for appellant.

*Devoe P. Hodson* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____